**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 19-62622-CIV-MARTINEZ

LUXOTTICA GROUP S.p.A., and OAKLEY, INC.,

        Plaintiffs,

vs.

GXY110, *et al.*,

        Defendants.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF DEFENDANT NUMBER 5**

Plaintiffs, Luxottica Group S.p.A. and Oakley, Inc. ("Plaintiffs"), by and through their undersigned counsel, hereby give notice of their voluntary dismissal, with prejudice, of Defendant Number 5 – r_sales13.

DATED: February 26, 2020.

Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.
By: **s/Stephen M. Gaffigan**
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez (Fla. Bar. No. 103372)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.net
E-mail: Leo@smgpa.net
E-mail: Raquel@smgpa.net
Attorneys for Plaintiffs